# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>vs.<br><br>**ANA CECILIA NARANJO-GUTIERREZ,**<br>    **aka "Cecilia,"**<br>    **aka "La Nina,"**<br>**PEDRO JOSE GUERRA-FIGUEIRA,**<br>    **aka "Catire,"**<br>    **aka "Cristian,"**<br>**and**<br>**DORIS JOSEFINA RODRIGUEZ-DUARTE,**<br>        **Defendants.** | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>**18 U.S.C. § 1952(a)(3)(A)**<br>**18 U.S.C. § 1956(a)(1)(A)(i)**<br>**18 U.S.C. § 1956(h)**<br>**18 U.S.C. § 2421(a)**<br>**18 U.S.C. § 2422(a)**<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Conspiracy to Commit Money Laundering)

1.      From at least January 2024 through at least July 2025, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendants **ANA CECILIA NARANJO-GUTIERREZ, PEDRO JOSE GUERRA-FIGUEIRA,** and **DORIS JOSEFINA RODRIGUEZ-DUARTE,** knowingly combined, conspired, and agreed with each other and with other persons both known and unknown to the Grand Jury to commit offenses against the United States in violation of 18 U.S.C. § 1956—namely: to knowingly conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity—that is, racketeering (18 U.S.C. § 1952(a)(3)(A)); coercion and enticement (18 U.S.C. § 2422(a)); and transporting a person for prostitution (18 U.S.C. § 2421(a)), with the intent to promote the carrying on of the specified unlawful activity,

and that while conducting such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(A)(i).

## MANNER AND MEANS OF THE CONSPIRACY

2. The manner and means used to accomplish the objectives of the conspiracy included, but were not limited to, the following:

3. During the course of the conspiracy, the defendants **ANA CECILIA NARANJO-GUTIERREZ, PEDRO JOSE GUERRA-FIGUEIRA, DORIS JOSEFINA RODRIGUEZ-DUARTE,** and their co-conspirators used proceeds from the racketeering, coercion and enticement, and transportation and supervision of women engaged in prostitution to purchase airline and bus tickets, pay for hotel rooms, purchase supplies for the women, and pay for a vehicle used for further transportation of the women. The conspiracy to launder these proceeds facilitated the activities of the women engaged in prostitution and kept the conspiracy operational.

**All in violation of 18 U.S.C. § 1956(h).**

## COUNT TWO
### (Coercion and Enticement)

4. On or about April 18, 2024, in the Southern District of Ohio and elsewhere, the defendant, **ANA CECILIA NARANJO-GUTIERREZ,** did knowingly persuade, induce, entice and coerce Victim #1 to travel in interstate or foreign commerce to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

**In violation of 18 U.S.C. § 2422(a).**

## COUNT THREE
### (Use of Facility in Interstate Commerce in Aid of Racketeering)

5. From on or about April 24, 2024, and continuing to on or about May 10, 2024, in the Southern District of Ohio and elsewhere, the defendant, **ANA CECILIA NARANJO-GUTIERREZ,** did knowingly use a facility in interstate and foreign commerce, including cellphones and the internet, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses involving Victim #1 in violation of the laws of the State of Ohio and of the United States, and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on of such unlawful activity.

**In violation of 18 U.S.C. § 1952(a)(3)(A).**

## COUNT FOUR
### (Interstate Transportation for the Purpose of Prostitution)

6. From on or about April 24, 2024, and continuing to on or about May 10, 2024, in the Southern District of Ohio and elsewhere, the defendant, **ANA CECILIA NARANJO-GUTIERREZ**, did knowingly transport Victim #1 in interstate commerce from New York to Ohio with the intent that Victim #1 engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense.

**In violation of 18 U.S.C. § 2421(a).**

## COUNTS FIVE and SIX
### (Promotional Money Laundering)

7. On or about the dates set forth below, in the Southern District of Ohio and elsewhere, the defendant **ANA CECILIA NARANJO-GUTIERREZ**, did knowingly conduct the following financial transactions affecting interstate and foreign commerce, which involved the

proceeds of a specified unlawful activity—that is, racketeering; coercion and enticement; and transporting a person for prostitution—with the intent to promote the carrying on of such specified unlawful activity, and while conducting such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

| Count | Date | Financial Transaction |
|---|---|---|
| 5 | 4/22/24 | Purchase of a bus ticket for $113.16, with the following transaction identifier: CHECKCARD 0422 BUSBUD 514-2794926 DE 24204294113002637274021 |
| 6 | 4/24/24 | Purchase of a hotel room for $107.55, with the following transaction identifier: CHECKCARD 0424 BAYMONT INN AND SUITES 614-2624000 OH 24755424116171162459795 |

**In violation of 18 U.S.C. § 1956(a)(1)(A)(i).**

## COUNT SEVEN
### (Use of Facility in Interstate Commerce in Aid of Racketeering)

8.      From on or about June 25, 2024, and continuing to on or about July 29, 2024, in the Southern District of Ohio and elsewhere, the defendants, **ANA CECILIA NARANJO-GUTIERREZ** and **PEDRO JOSE GUERRA-FIGUEIRA,** did knowingly use a facility in interstate or foreign commerce, including cellphones and the internet, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, that is, a business enterprise involved in prostitution offenses involving Victim #2 in violation of the laws of the State of Ohio and of the United States, and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on, of such unlawful activity.

**In violation of 18 U.S.C. § 1952(a)(3)(A).**

## COUNT EIGHT
### (Interstate Transportation for the Purpose of Prostitution)

9.      From on or about June 25, 2024, and continuing to on or about July 29, 2024, in the Southern District of Ohio and elsewhere, the defendants, **ANA CECILIA NARANJO-GUTIERREZ** and **PEDRO JOSE GUERRA-FIGUEIRA**, did knowingly transport Victim #2 in interstate commerce from Washington to Ohio with the intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense.

**In violation of 18 U.S.C. § 2421(a).**

## COUNT NINE
### (Promotional Money Laundering)

10.     On or about the date set forth below, in the Southern District of Ohio and elsewhere, the defendant, **PEDRO JOSE GUERRA-FIGUEIRA**, did knowingly conduct the following financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity—that is, racketeering; coercion and enticement; and transporting a person for prostitution—with the intent to promote the carrying on of such specified unlawful activity, and while conducting such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

| Count | Date | Financial Transaction |
|---|---|---|
| 9 | 6/25/24 | Purchase of a plane ticket for a total of $616.20 with the following transaction identifiers: CHECKCARD 0625 ALASKA A 8006545669 WA 5531020417833190112719 and CHECKCARD 0625 ALASKA A 8006545669 WA 5531020417833190112720 |

**In violation of 18 U.S.C. § 1956(a)(1)(A)(i).**

## COUNT TEN
### (Use of Facility in Interstate Commerce in Aid of Racketeering)

11. From on or about July 29, 2024, and continuing to on or about November 18, 2024, in the Southern District of Ohio and elsewhere, the defendants, **ANA CECILIA NARANJO-GUTIERREZ** and **PEDRO JOSE GUERRA-FIGUEIRA,** did knowingly use a facility in interstate or foreign commerce, including cellphones and the internet, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, that is, a business enterprise involved in prostitution offenses involving Victim #3 in violation of the laws of the State of Ohio and of the United States, and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on, of such unlawful activity.

**In violation of 18 U.S.C. § 1952(a)(3)(A).**

## COUNT ELEVEN
### (Interstate Transportation for the Purpose of Prostitution)

12. From on or about July 29, 2024, and continuing to on or about August 6, 2024, in the Southern District of Ohio and elsewhere, the defendants, **ANA CECILIA NARANJO-GUTIERREZ** and **PEDRO JOSE GUERRA-FIGUEIRA**, did knowingly transport Victim #3 in interstate commerce from New York to Ohio with the intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense.

**In violation of 18 U.S.C. § 2421(a).**

## COUNT TWELVE
### (Interstate Transportation for the Purpose of Prostitution)

13. From on or about August 27, 2024, and continuing to on or about September 9, 2024, in the Southern District of Ohio and elsewhere, the defendant, **ANA CECILIA NARANJO-**

**GUTIERREZ**, did knowingly transport Victim #3 in interstate commerce from New York to Ohio with the intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense.

**In violation of 18 U.S.C. § 2421(a).**

**COUNTS THIRTEEN through SEVENTEEN**
**(Promotional Money Laundering)**

14. On or about the dates set forth below, in the Southern District of Ohio and elsewhere, the defendant, **ANA CECILIA NARANJO-GUTIERREZ**, did knowingly conduct the following financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity—that is, racketeering; coercion and enticement; and transporting a person for prostitution—with the intent to promote the carrying on of such specified unlawful activity, and while conducting such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

| Count | Date | Financial Transaction |
|---|---|---|
| 13 | 7/24/24 | Purchase of a plane ticket for $175.99 with the following transaction identifier: CHECKCARD 0724 SPIRIT AIRL 48704024197 800-7727117 FL 24717054207872073376828 |
| 14 | 8/4/24 | Purchase of a plane ticket for $127.99 with the following transaction identifier: CHECKCARD 0804 SPIRIT AIRL 48704038298 800-7727117 FL 24717054218872183281709 |
| 15 | 8/27/24 | Purchase of a bus ticket for $176.19 with the following transaction identifier: CHECKCARD 0827 BUSBUD WILMINGTON DE 24204294240001058809022 |
| 16 | 9/8/24 | Purchase of a plane ticket for a total of $148.99 with the following transaction identifiers: CHECKCARD 0908 SPIRIT AIRL 48704080569 800-7727117 FL 24717054254872543366930 and CHECKCARD 0908 SPIRIT AIRL 48704080569 800-7727117 FL 24717054254872543366948 |

| 17 | 8/16/24 | Car payment for Hyundai Sonata for $550.59 with the following transaction identifier: LENDBUZZ FUNDING DES:AUTO LOAN ID:1038034_2410869 INDN:ANA NARANJO GUTIERREZ CO ID:8821566733 PPD |

**In violation of 18 U.S.C. § 1956(a)(1)(A)(i).**

## COUNT EIGHTEEN
**(Use of Facility in Interstate Commerce in Aid of Racketeering)**

15.     From on or about August 12, 2024, and continuing to on or about August 18, 2024, in the Southern District of Ohio and elsewhere, the defendants, **ANA CECILIA NARANJO-GUTIERREZ** and **PEDRO JOSE GUERRA-FIGUEIRA,** did knowingly use a facility in interstate or foreign commerce, including cellphones and the internet, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, that is, a business enterprise involved in prostitution offenses involving Victim #4 in violation of the laws of the State of Ohio and of the United States, and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on, of such unlawful activity.

**In violation of 18 U.S.C. § 1952(a)(3)(A).**

## COUNT NINETEEN
**(Interstate Transportation for the Purpose of Prostitution)**

16.     From on or about August 12, 2024, and continuing to on or about August 18, 2024, in the Southern District of Ohio and elsewhere, the defendant, **ANA CECILIA NARANJO-GUTIERREZ**, did knowingly transport Victim #4 in interstate commerce from New York to Ohio with the intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense.

**In violation of 18 U.S.C. § 2421(a).**

## COUNT TWENTY
### (Promotional Money Laundering)

17.     On or about the date set forth below, in the Southern District of Ohio and elsewhere, the defendant, **ANA CECILIA NARANJO-GUTIERREZ**, did knowingly conduct the following financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity—that is, racketeering; coercion and enticement; and transporting a person for prostitution—with the intent to promote the carrying on of such specified unlawful activity, and while conducting such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

| Count | Date | Financial Transaction |
|---|---|---|
| 19 | 8/8/24 | Purchase of a plane ticket for $139.99 with the following transaction identifier:  CHECKCARD 0808 SPIRIT AIRL 48704044321 800-7727117 FL 24717054222872223678256 |

**In violation of 18 U.S.C. § 1956(a)(1)(A)(i).**

## COUNT TWENTY-ONE
### (Use of Facility in Interstate Commerce in Aid of Racketeering)

18.     From on or about November 24, 2024, and continuing to on or about December 16, 2024, in the Southern District of Ohio and elsewhere, the defendants, **ANA CECILIA NARANJO-GUTIERREZ, PEDRO JOSE GUERRA-FIGUEIRA** and **DORIS JOSEFINA RODRIGUEZ-DUARTE,** did knowingly use a facility in interstate or foreign commerce, including cellphones and the internet, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, that is, a business enterprise involved in prostitution offenses involving Victim #5 in violation of the laws of the State of Ohio and of the United States, and thereafter performed and attempted to

perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on, of such unlawful activity.

**In violation of 18 U.S.C. § 1952(a)(3)(A).**

## COUNT TWENTY-TWO
### (Interstate Transportation for the Purpose of Prostitution)

19.     From on or about November 24, 2024, and continuing to on or about December 2, 2024, in the Southern District of Ohio and elsewhere, the defendant, **PEDRO JOSE GUERRA-FIGUEIRA**, did knowingly transport Victim #5 in interstate commerce from New York to Ohio with the intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense.

**In violation of 18 U.S.C. § 2421(a).**

## COUNT TWENTY-THREE
### (Interstate Transportation for the Purpose of Prostitution)

20.     From on or about December 9, 2024, and continuing to on or about December 16, 2024, in the Southern District of Ohio and elsewhere, the defendant, **PEDRO JOSE GUERRA-FIGUEIRA**, did knowingly transport Victim #5 in interstate commerce from New York to Ohio with the intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense.

**In violation of 18 U.S.C. § 2421(a).**

## COUNT TWENTY-FOUR
### (Promotional Money Laundering)

21.     On or about the date set forth below, in the Southern District of Ohio and elsewhere, the defendant, **ANA CECILIA NARANJO-GUTIERREZ**, did knowingly conduct the following financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity—that is, racketeering; coercion and enticement; and transporting a

person for prostitution—with the intent to promote the carrying on of such specified unlawful activity, and while conducting such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

| Count | Date | Financial Transaction |
|---|---|---|
| 23 | 11/26/24 | Car payment for Hyundai Sonata for $550.59 with the following transaction identifier: CARD PURCHASE 11/26 LENDBUZZ FUNDING LLC 857-999-0250 MA CARD 5409 |

**In violation of 18 U.S.C. § 1956(a)(1)(A)(i).**

## COUNT TWENTY-FIVE
### (Use of Facility in Interstate Commerce in Aid of Racketeering)

22.    From on or about December 4, 2024, and continuing to on or about December 9, 2024, in the Southern District of Ohio and elsewhere, the defendants, **ANA CECILIA NARANJO-GUTIERREZ, PEDRO JOSE GUERRA-FIGUEIRA** and **DORIS JOSEFINA RODRIGUEZ-DUARTE,** did knowingly use a facility in interstate or foreign commerce, including cellphones and the internet, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, that is, a business enterprise involved in prostitution offenses involving Victim #6 in violation of the laws of the State of Ohio and of the United States, and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on, of such unlawful activity.

**In violation of 18 U.S.C. § 1952(a)(3)(A).**

## COUNT TWENTY-SIX
### (Interstate Transportation for the Purpose of Prostitution)

23.    From on or about December 4, 2024, and continuing to on or about December 9, 2024, in the Southern District of Ohio and elsewhere, the defendants, **ANA CECILIA**

**NARANJO-GUTIERREZ**, did knowingly transport Victim #6 in interstate commerce from New York to Ohio with the intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense.

**In violation of 18 U.S.C. § 2421(a).**

## COUNT TWENTY-SEVEN
### (Promotional Money Laundering)

24.     On or about the date set forth below, in the Southern District of Ohio and elsewhere, the defendant, **ANA CECILIA NARANJO-GUTIERREZ**, did knowingly conduct the following financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity—that is, racketeering; coercion and enticement; and transporting a person for prostitution—with the intent to promote the carrying on of such specified unlawful activity, and while conducting such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

| Count | Date | Financial Transaction |
|-------|------|----------------------|
| 26 | 12/2/24 | Purchase of a plane ticket for $75.59 with the following transaction identifier: CARD PURCHASE 12/02 SPIRIT AIRL 4870417877 800-7727117 FL CARD 5409 |

**In violation of 18 U.S.C. § 1956(a)(1)(A)(i).**

## COUNT TWENTY- EIGHT
### (Use of Facility in Interstate Commerce in Aid of Racketeering)

25.     From on or about December 9, 2024, and continuing to on or about December 16, 2024, in the Southern District of Ohio and elsewhere, the defendants, **ANA CECILIA NARANJO-GUTIERREZ, PEDRO JOSE GUERRA-FIGUEIRA** and **DORIS JOSEFINA RODRIGUEZ-DUARTE,** did knowingly use a facility in interstate or foreign commerce, including cellphones and the internet, with the intent to promote, manage, establish, carry on, and

facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, that is, a business enterprise involved in prostitution offenses involving Victim #7 in violation of the laws of the State of Ohio and of the United States, and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on, of such unlawful activity.

**In violation of 18 U.S.C. § 1952(a)(3)(A).**

## COUNT TWENTY-NINE
### (Interstate Transportation for the Purpose of Prostitution)

26. From on or about December 9, 2024, and continuing to on or about December 16, 2024, in the Southern District of Ohio and elsewhere, the defendant, **ANA CECILIA NARANJO-GUTIERREZ**, did knowingly transport Victim #7 in interstate commerce from New York to Ohio with the intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense.

**In violation of 18 U.S.C. § 2421(a).**

## COUNT THIRTY
### (Promotional Money Laundering)

27. On or about the date set forth below, in the Southern District of Ohio and elsewhere, the defendant, **ANA CECILIA NARANJO-GUTIERREZ**, did knowingly conduct the following financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity—that is, racketeering; coercion and enticement; and transporting a person for prostitution—with the intent to promote the carrying on of such specified unlawful activity, and while conducting such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

| Count | Date | Financial Transaction |
|-------|------|----------------------|
| 29 | 12/7/24 | Purchase of a plane ticket for $78.48 with the following transaction identifier:  CARD PURCHASE 12/07 SPIRIT AIRL 4870418520 800-7727117 FL CARD 5409 |

**In violation of 18 U.S.C. § 1956(a)(1)(A)(i).**

## FORFEITURE ALLEGATION

28.     Upon conviction of one or more of the offenses set forth in Counts 1, 5, 6, 9, 13-17, 20, 24, 27 or 30  of this Indictment, the defendants **ANA CECILIA NARANJO-GUTIERREZ, PEDRO JOSE GUERRA-FIGUEIRA** and **DORIS JOSEFINA RODRIGUEZ-DUARTE**, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense(s), and any property traceable to such property including, but not limited to, a money judgment up to $156,318, which represents the amount of money involved in the offense(s).

## SUBSTITUTE ASSETS

29.     If any of the property described in the Forfeiture Allegation, as a result of any act or omission of the defendants:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), or as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

**A TRUE BILL.**

/s/ foreperson

**FOREPERSON**

**DOMINICK S. GERACE II**
**United States Attorney**

**JENNIFER M. RAUSCH (0075138)**
**Assistant United States Attorney**

**EMILY CZERNIEJEWSKI (IL 6308829)**
**Assistant United States Attorney**